*Mary A. Schott*
Mary A. Schott
Clerk of Court

Entered on Docket
June 13, 2017

---

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| MARC JOHN RANDAZZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL L. COX, an individual,<br><br>Defendant. | Adv. No. 16-1111<br><br><br>**ENTRY OF DEFAULT** |

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**CRYSTAL L. COX**

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

**IT IS SO ORDERED.**

Dated: June 12, 2017.

Respectfully submitted:

By:   /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Plaintiff