LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| MARC JOHN RANDAZZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL L. COX, an individual,<br><br>Defendant. | Adv. No. 16-1111<br><br>**CERTIFICATE OF SERVICE** |

    1.    On the 12th day of June, 2017, I served the following document(s):

        a.    Request for Entry of Default    Adv. ECF No. 17

        b.    Affidavit of Matthew C. Zirzow in    Adv. ECF No. 18
            Support of Request for Entry of Default

    2.    On the 13th day of June, 2017, I served the following document(s):

        c.    Notice of Entry of Order    Adv. ECF No. 21

    3.    I served the above-named document(s) by the following means to the persons as

listed below (*check all that apply*):

☐     **a.**     **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.*)

☒     **b.**     **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary.*)

      CRYSTAL L. COX
      P.O. BOX 2027
      PORT TOWNSEND, WA 98368

      CRYSTAL L. COX
      P.O. BOX 931
      FRIDAY HARBOR, WA 98250

☐     **c.**     **Personal Service** (*List persons and addresses. Attach additional paper if necessary.*)

I personally delivered the document(s) to the persons at these addresses:

☐     For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒     **d.**     **By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**savvybroker@yahoo.com**
**crystal@crystalcox.com**
**ReverendCrystalCox@gmail.com**

☐     **e.**     **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary.*)

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.**     **By messenger** (*List persons and addresses. Attach additional paper if necessary.*)

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service.*)

4  **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: June 13, 2017.

Carey Shurtliff                                             /s/ Carey Shurtliff
(Name of Declarant)                                (Signature of Declarant)

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3