LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| MARC JOHN RANDAZZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL L. COX, an individual,<br><br>Defendant. | Adv. No. 16-1111-abl<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT ENTERED BY THE COURT**<br><br>Date: November 28, 2017<br>Time: 10:00 a.m. |

Plaintiff, Marc John Randazza ("Mr. Randazza" or the "Plaintiff"), hereby submits his request for judicial notice in support of his *Motion for Judgment by Default Entered by the Court* (the "Motion") against Defendant, Crystal L. Cox ("Ms. Cox"). All but one of the exhibits for which judicial notice is requested are either pleadings filed in various federal courts throughout the country, or ECF/PACER printouts of the dockets for the cases in which such pleadings were filed. All of the exhibits bear the ECF stamp providing the date on which they were filed and the matter in which they were filed. Finally, the one remaining exhibit is a publicly posted decision

of a state regulatory body (the Montana Board of Realty), which is available on the internet at that official government webpage.

Judicial notice is governed by Fed. R. Evid. 201, which concerns judicial notice of only adjudicative facts. "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201.  Documents that are part of the public record may be judicially noticed to show, for example, that a judicial proceeding occurred or that a document was filed in another court case.  See Rosales-Martinez v. Palmer, 753 F.3d 890, 894 (9th Cir. 2014) ("It is well established that we may take judicial notice of judicial proceedings in other courts."); Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746, n.6 (9th Cir. 2006).

Dated: October 20, 2017.

By:  /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Plaintiff

2

**Exhibits to Request for Judicial Notice in Support of
Motion for Judgment by Default Entered by the Court**

| Exhibit # | Date | Document |
|---|---|---|
| 1. |  | Obsidian Case:  PACER docket printout (D. Or.) |
| 2. | 1/14/11 | Obsidian Case:  Complaint |
| 3. | 11/29/11 | Obsidian Case:  Verdict |
| 4. | 12/8/11 | Obsidian Case:  Judgment |
| 5. | 3/27/12 | Obsidian Case:  Opinion & Order (Denying Motion for New Trial) |
| 6. | 2/8/14 | *In the Matter of Case No. 2011-RRE-LIC-186 Regarding: The Proposed Disciplinary Treatment of the License of Crystal L. Cox, Licensed Real Estate Broker License No. 11581*, State of Montana Realty Regulation, Case No. 1105-2013 (available at https://dli.mt.gov/Portals/57/OAHDecisions/poldec1105_2013.pdf) |
| 7. | 8/15/14 | Declaration of Michael Spreadbury (filed in the 2040 Case) |
| 8. | 8/15/14 | Declaration of David Aman (filed in the 2040 Case) |
| 9. |  | 2040 Case:  PACER docket printout (D. Nev.) |
| 10. | 11/28/12 | 2040 Case:  Complaint |
| 11. | 12/14/12 | 2040 Case:  Temporary Restraining Order |
| 12. | 1/11/13 | 2040 Case:  Preliminary Injunction |
| 13. | 2/22/13 | 2040 Case:  Order |
| 14. |  | 297 Case:  PACER docket printout (D. Nev.) |
| 15. | 2/26/13 | 297 Case:  Complaint |
| 16. | 9/16/13 | 297 Case: Magistrate Order and Report & Recommendation |
| 17. | 11/27/13 | 297 Case:  Order |
| 18. | 4/21/14 | 297 Case:  Magistrate Report and Recommendation |
| 19. | 5/14/14 | 297 Case:  Order Accepting Report and Recommendation |
| 20. | 5/14/14 | 297 Case:  Judgment |
| 21. |  | 938 Case:  PACER docket printout (S.D.N.Y.) |
| 22. | 5/14/13 | 938 Case:  Complaint |
| 23. | 6/12/14 | 938 Case:  Magistrate Findings and Recommendation & Order |
| 24. | 1/20/15 | 938 Case:  Dismissal Order |
| 25. | 1/20/15 | 938 Case:  Judgment |
| 26. |  | Hill:  PACER docket printout (N.D. Cal.) |
| 27. | 5/9/13 | Hill:  Complaint |
| 28. | 7/15/13 | Hill:  Dismissal |
| 29. |  | Parsons:  PACER docket printout (D. Ariz.) |
| 30. | 5/8/13 | Parsons:  Complaint |
| 31. | 6/18/13 | Parsons:  Magistrate Order |
| 32. | 9/19/13 | Parsons:  Order of Dismissal with Prejudice |
| 33. |  | Michaelson:  PACER docket printout (D.N.J.). |
| 34. | 5/9/13 | Michaelson:  Complaint |
| 35. | 9/27/13 | Michaelson:  Dismissal Order |
| 36. |  | Coenen I:  PACER docket printout (E.D. Wis.) |
| 37. | 5/13/13 | Coenen I:  Complaint |

| 38. | 5/28/13 | Coenen I:  Dismissal Order |
| --- | --- | --- |
| 39. |  | Coenen II:  PACER docket printout (N.D. Ill.) |
| 40. | 5/14/13 | Coenen II:  Complaint |
| 41. | 6/7/13 | Coenen II:  Dismissal Order |
| 42. | 6/7/13 | Coenen II:  Judgment |
| 43. |  | Rushie I:  PACER docket printout (D. Mass.) |
| 44. | 5/30/13 | Rushie I:  Complaint |
| 45. | 6/18/13 | Rushie I:  Memorandum and Order re: Dismissal |
| 46. |  | Rushie II:  PACER docket printout (E.D. Penn.) |
| 47. | 5/30/15 | Rushie II:  Complaint |
| 48. | 6/6/13 | Rushie II:  Dismissal Order |
| 49. |  | Randazza Legal Group:  PACER docket printout (S.D. Fla.) |
| 50. | 5/31/13 | Randazza Legal Group:  Complaint |
| 51. | 6/25/13 | Randazza Legal Group:  Dismissal Order |
| 52. | 7/18/13 | Randazza Legal Group:  Case Closing Order |
| 53. | 4/10/14 | 2040 Case:  Order |
| 54. | 5/21/14 | 2040 Case:  Order |
| 55. | 7/8/14 | 2040 Case:  Order |
| 56. | 8/15/14 | 2040 Case:  Anti-SLAPP Motion (without exhibits) |
| 57. | 3/23/15 | 2040 Case:  Order on Anti-SLAPP Motion |
| 58. | 3/30/15 | 2040 Case:  Notice of Appeal |
| 59. |  | Appeal:  PACER docket printout |
| 60. | 4/8/15 | 2040 Case:  Stay Order |