LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
E-mail: slarson@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br><br> MARC JOHN RANDAZZA, <br><br> Debtor. | Case No.: BK-S-15-14956-abl <br> Chapter 11 |
| MARC JOHN RANDAZZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CRYSTAL L. COX, an individual, <br><br> Defendant. | Adv. No. 16-1111-abl <br><br> **NOTICE OF CHANGE OF** <br> **FIRM NAME AND EMAIL ADDRESSES** |

PLEASE TAKE NOTICE that Larson & Zirzow, LLC, counsel of record for Marc John Randazza, changed its name to Larson Zirzow & Kaplan, LLC (the "Firm") effective October 30, 2017. Pursuant to Local Rule 5005(d), notice is further given that the email addresses for the

. . .

. . .

. . .

Firm's attorneys have changed to the following: (a) Zachariah Larson, Esq. (zlarson@lzklegal.com); (b) Matthew C. Zirzow, Esq. (mzirzow@lzklegal.com); (c) Shara L. Larson, Esq. (slarson@lzklegal.com); and (d) Kory Kaplan, Esq. (kkaplan@lzklegal.com).

Dated: November 13, 2017.

By:   /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
SHARA L. LARSON, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

**LARSON ZIRZOW & KAPLAN, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169