_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
December 06, 2017

___

LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
Email: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
Email: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-15-14956-abl |
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | |
| MARC JOHN RANDAZZA, an individual, | Adv. No. 16-1111-abl |
| Plaintiff, | |
| v. | **JUDGMENT BY DEFAULT** |
| CRYSTAL L. COX, an individual, | Date: November 28, 2017 |
| Defendant. | Time: 10:00 a.m. |

Default was entered in the above-entitled action against Defendant, Crystal L. Cox (the "Defendant") on June 13, 2017 [Adv. ECF No. 20]. The Court thereafter entered an *Order Granting Motion for Judgment by Default Entered by the Court*, thereby granting the *Motion for Judgment by Default Entered by the Court* (the "Motion") [Adv. ECF No. 26] filed by the Plaintiff, Marc John Randazza ("Plaintiff"). Therefore, on Plaintiff's Motion, and based on the findings of fact and conclusions of law made on the record at the hearing before the Court on November 28, 2017, JUDGMENT IS HEREBY ENTERED against Defendant and in favor of the Plaintiff as follows:

**IT IS ORDERED:**

1. Default judgment is GRANTED in favor of the Plaintiff and against the Defendant.

2. Plaintiff is awarded compensatory damages in the amount of $411,582.59, and punitive damages for Defendant's intentional, willful and malicious conduct in the amount of $41,158.00, for a total judgment in the amount of $452,740.59.

3. This Judgment shall accrue post-judgment interest at the rate set forth in 28 U.S.C. § 1961 on any unpaid balance until paid in full.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By:  /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Plaintiff

. . .

. . .

. . .

2

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

      Defendant, Crystal L. Cox - NO APPEARANCE AT HEARING

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3