UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

RECEIVED
AND FILED
DLS

BK-S-15-14956-abl, Chapter 11                BAP Number: Unknown

2017 DEC 15 P 2: 33

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

MARC JOHN RANDAZZA,
Debtor                                        **Adv. No. 16-01111**
Plaintiff, Counter Defendant, Appellee

V.   CRYSTAL L. COX, an individual,
     Defendant, Counter-Plaintiff, Appellant

Request to File Appeal in Pauperis
And Notice of Appeal

Comes now Appellant Crystal L. Cox, Pro Se requesting to file this appeal in Pauperis as I have no money to pay filing fee. I have no income. I am homeless and have no money, I request to file In Pauperis. Pursuant to NRS 12.015, I request permission from this Court to proceed without paying court costs or other costs and fees as provided in NRS 123.015 because I lack sufficient financial ability.

Comes now Appellant Crystal L. Cox, Pro Se, Notice is hereby given that Crystal Cox, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an **ORDER Granting Default Judgment to Plaintiff, Debtor Marc John Randazza Adv. No. 16-01111, Docket Entry 44, and 45 of 12/06/2017**

I, Crystal Cox, am hereby giving Notice of Appeal to the UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE NINTH CIRCUIT

Dated: December 11th, 2017.

/s/ Crystal L. Cox
Crystal L. Cox, Pro Se
eMail: SavvyBroker@yahoo.com  AND ReverendCrystalCox@Gmail.com

**Certificate of Service**

I certify I sent this Objection to Default Judgement Motion to:

Clerk of Court  U.S. Bankruptcy Court
District of Nevada Foley Federal Building
300 Las Vegas Boulevard South  Third Floor, Courtroom #1
Las Vegas, NV 8910                                           December 11th, 2017

1