LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> MARC JOHN RANDAZZA, <br><br> Debtor. | Case No.: BK-S-15-14956-abl <br> Chapter 11 |
| MARC JOHN RANDAZZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CRYSTAL L. COX, an individual, <br><br> Defendant. | Adv. No. 16-1111-abl <br><br><br><br> Date: April 24, 2018 <br> Time: 1:30 p.m. |

**NOTICE OF HEARING ON MOTION TO DISMISS OR STRIKE DEFENDANT'S:
(I) MOTION TO RECONSIDER DEFAULT JUDGMENT;
AND (II) MOTION TO SET ASIDE DEFAULT**

PLEASE TAKE NOTICE that the hearing on the *Motion to Dismiss or Strike for Local Defendant's (I) Motion to Reconsider Default Judgment; and (II) Motion to Set Aside Default* (the "Motion") filed by the Plaintiff, Marc John Randazza ("Mr. Randazza"), is scheduled for April 24, 2018 at 1:30 p.m., in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, Nevada 89101. The Motion seeks to strike or dismiss the

motions filed by Defendant, Crystal L. Cox, in the above-referenced matter for failure to comply with applicable Local Rules, for failure to prosecute, and/or on the merits.

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Motion is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by contracting counsel for the Debtor.

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief in the Application must be filed and served pursuant to Local Rule 9014(d)(1). If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> ● The court may *refuse* to allow you to *speak* at the scheduled hearing; and
>
> ● The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated: February 23, 2018.

By: /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Plaintiff

2