LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br><br> MARC JOHN RANDAZZA, <br><br> Debtor. | Case No.: BK-S-15-14956-abl <br> Chapter 11 |
| MARC JOHN RANDAZZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CRYSTAL L. COX, an individual, <br><br> Defendant. | Adv. No. 16-1111-abl <br><br> **NOTICE OF ENTRY OF ORDER** <br><br> Date: April 24, 2018 <br> Time: 1:30 p.m. |

NOTICE IS HEREBY GIVEN that on the 30th day of April, 2018, an *Order Granting Motion to Dismiss or Strike Defendant's: (I) Motion to Reconsider Default Judgment; and (II)*

. . .

. . .

. . .

. . .

. . .

*Motion to Set Aside Default* [ECF No. 74] was entered in the above-entitled matter, a copy of which is attached hereto.

Dated: April 30, 2018.

By /s/ Matthew C. Zirzow, Esq.
LARSON ZIRZOW & KAPLAN, LLC
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Plaintiff


_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
April 30, 2018

_____

LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
Email: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
Email: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> MARC JOHN RANDAZZA, <br><br> Debtor. | Case No.: BK-S-15-14956-abl <br> Chapter 11 |
| MARC J. RANDAZZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CRYSTAL L. COX, an individual, <br><br> Defendant. | Adv. No. 16-1111-abl <br><br> **ORDER GRANTING MOTION TO DISMISS OR STRIKE DEFENDANT'S: (I) MOTION TO RECONSIDER DEFAULT JUDGMENT; AND (II) MOTION TO SET ASIDE DEFAULT** <br><br> Date:  April 24, 2018 <br> Time:  1:30 p.m. |

LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Plaintiff, Marc John Randazza (the "Plaintiff"), having filed his *Motion to Dismiss or Strike Defendant's: (I) Motion to Reconsider Default Judgment; and (II) Motion or Set Aside Default* (the "Motion") [Adv. ECF No. 70] against Defendant, Crystal L. Cox (the "Defendant"), thereby requesting that the Court dismiss or strike the Defendant's *Motion to Reconsider Default Judgment* (the "Motion to Reconsider") [Adv. ECF 47] and the Defendant's *Motion to Set Aside Default* (the "Motion to Set Aside Default") [Adv. ECF 57]; the Motion and notice of hearing thereon having been properly and timely served; no opposition to the Plaintiff's Motion having been filed; the Court having reviewed and considered the Motion; the Court having held a hearing on the Motion, and having heard and considered the arguments of Plaintiff's counsel at the hearing; no appearance by the Defendant having been made at the hearing; the Court having made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference pursuant to Fed. R. Civ. P. 52, as made applicable to this adversary proceeding pursuant to Fed. R. Bankr. P. 7052; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Plaintiff's Motion is GRANTED; and

2. Defendant's Motion to Reconsider and her Motion to Set Aside Default are DENIED and DISMISSED for the reasons as stated on the record at the hearing including her violations of the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada, for her failure to prosecute those matters, and on the merits.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By:  /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Plaintiff

2

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

**LARSON ZIRZOW & KAPLAN, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3