LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
Email: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
Email: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> MARC JOHN RANDAZZA, <br><br> Debtor. | Case No.: BK-S-15-14956-abl <br> Chapter 11 |
| MARC JOHN RANDAZZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CRYSTAL L. COX, an individual, <br><br> Defendant. | Adv. No. 16-1111-abl <br><br> **CERTIFICATE OF SERVICE** <br><br><br> Date: April 24, 2018 <br> Time: 1:30 p.m. |

1. On the 30th day of April, 2018, I served the following document(s):

   **a.** *Notice of Entry of Order*                                ECF No. 75

   ☒ **a.** **By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)

   I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

. . .

        savvybroker@yahoo.com
        crystal@crystalcox.com
        ReverendCrystalCox@gmail.com

☒    **2.**    **I served via United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary.*)

    CRYSTAL L. COX
    C/O ELIOT BERNSTEIN
    2753 NORTHWEST 34TH STREET,
    BOCA RATON, FL  33434

    CRYSTAL L. COX
    P.O. BOX 2027
    PORT TOWNSEND, WA 96368

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: April 30, 2018.

| Carey Shurtliff | /s/ Carey Shurtliff |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

**LARSON ZIRZOW & KAPLAN, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2