FILED

APR 26 2018

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | |
|---|---|
| In re: ) | BAP No.   NV-17-1374 |
| ) | |
| MARC JOHN RANDAZZA, ) | Bk. No.   2:15-bk-14956-ABL |
| ) | |
| Debtor. ) | Adv. No.  2:16-ap-01111-ABL |
| ) | |
| CRYSTAL L. COX, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | **ORDER DISMISSING APPEAL** |
| ) | **FOR LACK OF PROSECUTION** |
| MARC JOHN RANDAZZA, ) | |
| ) | |
| Appellee. ) | |

Before:  KURTZ, LAFFERTY, and BRAND, Bankruptcy Judges.

Appellant did not file a response to the Panel's order regarding the appeal filing fee.  The order warned appellant that failure to respond to resolve the fee issue could result in dismissal of the appeal for lack of prosecution.  Appellant was required to respond to the Panel's order by April 19, 2018.

Mail sent to the appellant's address listed on the bankruptcy court docket was returned to the BAP.  The Panel's order was also e-mailed to appellant at the e-mail address appellant provided in her notice of appeal.  It is appellant's

duty to keep the court informed of her address.  See <u>Carey v. King</u>, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

   Because the appeal fee was not paid, and because appellant did not respond to the Panel's order, this appeal is ORDERED DISMISSED for lack of prosecution.  <u>See</u> Fed. R. Bankr. P. 8003(a)(2); 9th Cir. BAP R. 8018(a)-2.

BAP#:   NV-17-1374
Debtor:  RANDAZZA, Marc John
RE:     04/26/18 BAP Order Dismissing Appeal for Lack of Prosecution

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Vincent Barbato, Deputy Clerk
**Date:** April 26, 2018

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk (VINCENT J. BARRETO)
DATE: 05/22/18

**FILED**

APR 26 2018

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.   NV-17-1374 |
| MARC JOHN RANDAZZA, | Bk. No.   2:15-bk-14956-ABL |
| Debtor. | Adv. No.  2:16-ap-01111-ABL |
| CRYSTAL L. COX, | |
| Appellant, | |
| v. | ORDER DISMISSING APPEAL FOR LACK OF PROSECUTION |
| MARC JOHN RANDAZZA, | |
| Appellee. | |

Before: KURTZ, LAFFERTY, and BRAND, Bankruptcy Judges.

Appellant did not file a response to the Panel's order regarding the appeal filing fee. The order warned appellant that failure to respond to resolve the fee issue could result in dismissal of the appeal for lack of prosecution. Appellant was required to respond to the Panel's order by April 19, 2018.

Mail sent to the appellant's address listed on the bankruptcy court docket was returned to the BAP. The Panel's order was also e-mailed to appellant at the e-mail address appellant provided in her notice of appeal. It is appellant's

duty to keep the court informed of her address. See Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

Because the appeal fee was not paid, and because appellant did not respond to the Panel's order, this appeal is ORDERED DISMISSED for lack of prosecution. See Fed. R. Bankr. P. 8003(a)(2); 9th Cir. BAP R. 8018(a)-2.

BAP#:     NV-17-1374
Debtor:   RANDAZZA, Marc John
RE:       04/26/18 BAP Order Dismissing Appeal for Lack of Prosecution

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

> **By:** Vincent Barbato, Deputy Clerk
> **Date:** April 26, 2018