NVB 7064-1 (7/18)

Ronald D. Green (NV Bar No. 7360)
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
ecf@randazza.com

RECEIVED AND FILED
2019 AUG 2 PM 2 54
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1 Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:
MARC JOHN RANDAZZA

Debtor.

_____

Plaintiff
MARC JOHN RANDAZZA, et al.

v.

Defendant(s)

CRYSTAL L. COX, et al.

Bankruptcy No.: BK-15-14956-abl
Chapter 11

Adversary Proceeding: 16-01111-abl

WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On 12/06/2017, a judgment was entered in the docket of the above entitled Court and action, in favor of Marc J. Randazza, as Judgment Creditor, and against Crystal L. Cox, as Judgment Debtor, for:

$ 452,740.59   Principal

$ 0           Attorney Fees

$ 0           Interest, and

$ 0           costs, making a total amount of

$ 452,740.59   JUDGMENT AS ENTERED

1  WHEREAS, according to an affidavit and request for issuance of write of execution filed herein, it

2  appears that further sums have accrued since the entry of judgment, to writ:

3

4  $ ~~12,094.18~~ *12,154.45*  Accrued interest, and

5  $ 0  Accrued costs and fees, making a total of

6  $ ~~12,094.18~~ *12,154.45*  ACCRUED INTEREST, COSTS AND FEES

7  Credit must be given for payments and partial satisfaction in the amount of:

8  $ 0  Which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net

9  balance of

10  $ *464,895.04*  ACTUALLY DUE on the date of issuance of this writ, of which
   (Clerk to Complete)

11

12  $ 452,740.59  Is due on the Judgment as entered, and bears interest at 1.62 %
   per annum, in the amount of $ 20.09  PER DAY, from the date of entry of

13  the judgment to the date of issuance of this writ, to which must be added the accrued costs and fees and the commissions and cost of the officer executing this writ. (Interest

14  rate and mount per day to be completed by attorney.)

15  Notice by mail of the sale under the writ of execution ☐ has or ☒ Has not been requested. The

16  following named persons have requested such notice of sale:

17       NAME          ADDRESS

18  _____

19  _____

20     YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and cost
    as provided by law and your costs and disbursements out of the personal property of said debtor,

21  except that for any period, 75 percent of the disposable earnings of the debtor during this period or
    for each week of the period 30 times the minimum hourly wage prescribed by section 6 (a)(1) of

22  the Federal Fair Labor Standards Act of 1938 [29 USC 206 (a) (1)], and in effect at the time the
    earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this

23  writ, and if sufficient personal property cannot be found, then out of his real property; or if the
    Judgment be a lien upon real property, then out of the real property belonging to such debtor, and

24  make return of this writ within not less than ten (10) days nor more than sixty (60) days after your
    receipt thereof with what you have done endorsed hereon.

25  Date: 8/2/19                                     U.S. Bankruptcy Court
                                                     Mary A. Schott, Clerk of Court
26

                                                     Deputy Clerk